Christine BUTLER, Appellant,

v.

Thaddeus BUTLER, Appellee.

Court of Appeals of Kentucky.

May 18, 1973.

Rehearing Denied Sept. 7, 1973.

Robert P. Hastings, Hardy, Logan & Hastings, Louisville, for appellant.

S. J. Stallings and G. William Blackburn, Jr., Louisville, for appellee.

Memorandum Opinion of the Court by Justice REED, Affirming.*

Thomas S. SWEENEY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

July 31, 1973.

Anthony M. Wilhoit, David E. Murrell, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.